CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 6 2009

JOHN F. CORCORAN, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Criminal Action No. 6:05-cr-00006-1** |
| | ) | **(6:08-cv-80081)** |
| | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | **By: Norman K. Moon** |
| CIRO GAMALIEL GARCIA. | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' Motion to Dismiss is **GRANTED**, and Garcia's motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**. Furthermore, finding that Garcia has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. Any pending motions are hereby **DENIED as MOOT**, and the Clerk of the Court is directed to **STRIKE** this action from the active docket of the court.

The Clerk is further directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Petitioner and to counsel for the United States.

**ENTER**: This 16th day of December, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE